Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Owings Auto Center, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Charon Gregory,<br><br>Debtor.<br><br>Owings Auto Center, LLC,<br>Movant,<br><br>Vs.<br><br>Charon Gregory,<br>Respondent. | Case No. 26-42475-mxm<br><br>Chapter 7<br><br><br><br>Preliminary Hearing Date:<br>*Wednesday, July 1, 2026, at 9:30a.m.* |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT OR BEFORE CLOSE OF BUSINESS ON JUNE 26, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

TO THE HONORABLE JUDGE MARK X. MULLIN:

COMES NOW, Owings Auto Center, LLC ("Owings") complaining of Charon Gregory

("Debtor") and for cause of action would respectfully show the Court as follows:

1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 362. This is a core proceeding.

2.      The Debtor purchased a vehicle from Owings Auto on November 25, 2024. Owings is a secured creditor of the above-referenced Debtor by virtue of a purchase money security interest in a 2023 Nissan Altima Vehicle Identification Number 1N4BL4BV2PN365265 (the "Collateral"). A true and correct copy of the Motor Vehicle Retail Installment Sales Contract is attached as Exhibit A.

3.      Owings is a limited liability company doing business in Texas. Debtor may be served at 3405 Heritage Ln, Forest Hill, TX 76140.

4.      Under the Contract, the Debtor was to make bi-weekly payments of $350 every other Saturday beginning December 7, 2024.

5.      Under the Contract, the Debtor is required to insure the Collateral and maintain Comprehensive coverage with a deductible of not more than $1,000.00, and list Owings as a loss payee.

6.      On June 2, 2026, the Debtor filed a petition pursuant to Chapter 7 of the Bankruptcy Code in this Court (Case No.26-42475-mxm7). An Order for Relief was subsequently entered. Owings has not received any payments since this case was filed.

7.      As of June 10, 2026, the total amount due under the Contract is $1,050.00.

8.      Debtor has not paid bi-weekly payments due on May 9, May 23 and June 6 of 2026, with the next payment due June 20, 2026, for $350.00.

9.      But for the automatic stay, Owings could and would foreclose its lien on the collateral in which it holds a security interest.

WHEREFORE, PREMISES CONSIDERED, Owings Auto Center, LLC prays for:

1.      An Order of this Court granting Owings relief from the automatic stay imposed pursuant to 11 U.S.C. § 362;

2.      An Order of this Court authorizing Owings to take immediate possession of the Collateral which is the subject of this Motion and foreclose its lien on the Collateral without further notice to the Debtor, the Trustee, or any other party in interest and authorizing Owings to obtain all writs and other court Orders necessary to obtain possession of its Collateral if it is not voluntary surrendered;

3.      An Order of this Court finding that any Order entered with regard to this Motion should be effective immediately upon its entry and should not be stay for fourteen days following the entry of said Order; and

4.      For such other and further relief, both general and specific, to which Owings may show itself justly entitled.

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Attorney for Owings Auto Center, LLC

## CERTIFICATE OF CONFERENCE

On June 11, 2026, I attempted to confer with counsel for the Debtor, Claire Kimutis, via email and phone call. As of the filing of this Motion, no response has been received, therefore, it is presumed that the Debtor opposes the relief requested herein.

*/s/ Clayton L. Everett*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true and correct copy of the above motion shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor(s)*:
Claire Kimutis
McCarty-Larson, PLLC
300 North 8th Street, Suite 200
Midlothian, TX 76065
(972) 775-2100
clair@bankruptcytexas.com

*Via US Mail to Debtor(s)*:
Charon Gregory
3405 Heritage Lane
Forest Hill, TX 76140-2561

*Via CM/ECF to Chapter 7 Trustee:*
Shawn K. Brown
P.O. Box 93749
Southlake, TX 76092

*Via CM/ECF to US Trustee*:
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

*/s/ Clayton L. Everett*
Clayton L. Everett