UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Charon Gregory,<br><br>Debtor.<br><br>Owings Auto Center, LLC,<br>Movant,<br><br>Vs.<br><br>Charon Gregory,<br>Respondent. | Case No. 26-42475-mxm<br><br>Chapter 7<br><br><br><br>Preliminary Hearing Date:<br>*Wednesday, July 1, 2026, at 9:30a.m.* |

## **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

1.     I am Bethany Owings ("Movant"), a member of Owings Auto Center, LLC, seller concerning Motor Vehicle Retail Installment Contract ("Contract"), which is further defined below in paragraph 6. This declaration is provided in support of the Motion for Relief from Stay.

2.     I am over the age of eighteen (18) years and am fully competent to testify to the matters hereafter stated from my own personal knowledge.

3.     I have the authority to make this declaration. Further, I have reviewed my records concerning the Sales Contract, and make statements herein based upon personal knowledge obtained therein.

4.     The amount of the indebtedness and the nature and extent of the default outlined in the Motion for Relief from the Automatic Stay (the "Motion") is information derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters. The records were kept in the course of

--------------------------------------------------------------------------------
Declaration in Support of Motion for Relief - Page  1

the regularly conducted activity and were made by the regularly conducted activity as a regular practice.

5.      I certify that I have reviewed the Motion and the facts stated in the Motion are true and correct. I have also reviewed the documents attached to the Motion and certify that such documents are true and accurate copies of the original documents.

6.      On November 25, 2024, Debtor executed and delivered a Motor Vehicle Retail Installment Contract ("Contract") to Movant. See Exhibit A.

7.      The Contract was entered into for the purchase of personal property described as a 2023 Nissan Altima Vehicle Identification Number 1N4BL4BV2PN365265 (the "Collateral").

8.      As of June 10, 2026, the total amount due under the Contract is $1,050.00.

9.      As of June 10, 2026, Debtor has failed to make the $350 bi-weekly payments due on May 9, May 23, and June 6 of 2026, with the next payment due June 20, 2026, for $350.00

10.     Movant has incurred $199.00 in court filing fees in connection with this motion and anticipates incurring at least $1,200.00 in reasonable attorney's fees. Movant reserves the right to seek allowance and recovery of these fees and costs pursuant to the terms of the Contract, applicable bankruptcy law, and other applicable provisions.

According to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _10_ day of ___JUNE_____, 2026.

Name: Bethany Owings, Member
Owings Auto Center, LLC

Declaration in Support of Motion for Relief - Page 2