**Movant's Exhibit A**

## MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT

Date: 11/25/2024

COPY

Buyer Name, CHARON GREGORY
Address & Phone: 1751 HIDDEN BLUFF TRL #1114 Arlington TX 76006 (682) 427-7768

Co-Buyer Name,
Address & Phone: N/A

Co-Buyer Name,
Address & Phone: N/A

Co-Signer Name,
Address & Phone: N/A

Seller Name, Owings Auto Center, LLC
Address & Phone: 519 East Division Arlington TX 76011 (817)548-9955

The Buyer is referred to as "I" or "me." The Seller is referred to as "you" or "your." This contract may be transferred by the Seller.

**PROMISE TO PAY:** By signing this contract, I choose to purchase the motor vehicle on credit according to the terms of this contract. The Federal Truth in Lending Disclosures set out below ("TILA Disclosures") are part of this contract. I agree to pay you the Amount Financed, Finance Charge, and any other charges in this contract. I agree to make payments according to the Payment Schedule in the TILA Disclosures. If more than one person signs as a buyer, each agrees to keep all the promises in this contract even if the others do not. I have thoroughly inspected, accepted, and approved the motor vehicle in all respects.

**MOTOR VEHICLE IDENTIFICATION**

| Stock No. | Year, Make, Model | Vehicle Identification Number | License Number (if applicable) | New / Demonstrator / Factory Official./Exec / Used | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| P51327 | 2023 Nissan Altima | 1N4BL4BV2PN365265 | | ☐ New ☐ Demonstrator ☐ Factory Official./Exec ☒ Used | ☒ Personal, Family, Household ☐ Business Or Commercial ☐ Agricultural |

Trade-in: Year N/A Make N/A Model N/A VIN N/A License No. N/A

Trade-in: Year N/A Make N/A Model N/A VIN N/A License No. N/A

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including down payment of |
|---|---|---|---|---|
| 14.02 % | $ 10,679.30 | $ 30,398.41 | $ 41,077.71 | $ 2,000.00 $ 43,077.71 |

**My Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 117 | $ 350.00 | BI-WEEKLY DUE EVERY OTHER SATURDAY BEGINNING 12/07/2024 |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| N/A | $ N/A | N/A |
| 1 | $ 127.71 | FINAL DUE ON: 06/02/2029 |

**Security:** You will have a security interest in the motor vehicle being purchased.

**Late Charge:** ☐ If this box is checked, and you do not receive my entire payment within 15 days after it is due, I will pay a late charge of _____ 0.00 % of the scheduled payment.

**Prepayment:** I can pay early. If I pay all that I owe early, I can get a refund of part of the Finance Charge.

**Additional Information:** I will refer to this document for information about nonpayment, default, security interests, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**DEFERRED DOWNPAYMENT(S)**

| Due Date | Amount | Due Date | Amount |
|---|---|---|---|
| 12/05/2024 | $ 200.00 | | $ N/A |
| | $ N/A | | $ N/A |
| | $ N/A | | $ N/A |
| | $ N/A | | $ N/A |

4851-9024-3073v24 – 11/24
Texas Scheduled Installment Earnings – Sales Tax Deferred #SIE-TD

Page 1 of 6

Customer Initials CG
Powered by DealerSocket

**THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM.**
**CONSULT YOUR OWN LEGAL COUNSEL.**

DO NOT ACCEPT THIS CONTRACT WITHOUT THE ACCOMPANYING CERTIFICATE OF CONTROL

Movant's Exhibit A

## Itemization of Amount Financed

COPY

*(Left margin, vertical text:)* DO NOT ACCEPT THIS CONTRACT WITHOUT THE ACCOMPANYING CERTIFICATE OF CONTROL

1. Cash price (including any accessories and services) — $ 29,650.00 (1)

2. Downpayment (See Itemization Below)

   Gross trade-in — $ 0.00
   - payoff by seller — $ 0.00
   - Cash Paid to Buyer for Trade-In — $ 0.00
   + Cash Downpayment — $ 1,800.00
   + Deferred Downpayment — $ 200.00
   + Manufacturer's Rebate — $ 0.00
   + other N/A — $ 0.00
   Total Downpayment (if negative, enter "0" and see Line 4.A. below) — $ 2,000.00 (2)

3. Unpaid balance of cash price (1 minus 2) — $ 27,650.00 (3)

4. Other charges including amounts paid to others on my behalf (Seller may keep part of these amounts.):
   A. Net trade-in payoff to _____ — $ 0.00
   B. Cost of physical damage insurance paid to insurance company — $ 0.00
   C. Cost of optional coverages with physical damage insurance paid to insurance company — $ 0.00
   D. Cost of optional credit insurance paid to insurance company or companies — $ 0.00

   Credit Life N/A — $ 0.00

   Disability N/A — $ 0.00
   E. Other insurance paid to the insurance company — $ 0.00
   F. Debt cancellation agreement fee paid to Seller — S 695.00
   G. Official fees paid to government agencies — $ 0.00
   H. Dealer's inventory tax — $ 54.53
   I. Other government taxes — $ 0.00
   J. Government license and registration fees — $ 62.75
   K. Government certificate of title fee — $ 33.00
   L. Government vehicle inspection fees — $ 0.00
   to state $ 0.00   to inspection station $ 0.00
   M. Deputy service fee paid to Seller — $ 0.00
   N. **Documentary fee:**
   A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.
   UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL. PERO ÉSTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN EN RELACIÓN CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACIÓN SE EXIGE POR LEY. — $ 50.00
   O. Other charges (Seller must identify who is paid and describe purpose)

   | To | | For | | Amount |
   |---|---|---|---|---|
   | To | State | For | Plate Transfer Fee | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ 0.00 |
   | To | N/A | For | N/A | $ |

   Total Other Charges and Amounts Paid To Others On Your Behalf — $ 895.28 (4)

5. Total Unpaid Balance (3+4, excluding sales tax) — $ 28,545.28 (5)
6. Total Sales Tax (Excluded From Finance Charge Calculation) — $ 1,853.13 (6)
7. **Amount Financed** (5 + 6) — $ 30,398.41 (7)
8. Finance Charge (Sales Tax Excluded From the Calculation) — $ 10,679.30 (8)

Seller will pay taxes, title fee, license and registration fees, and part of the inspection fee to government agencies. Seller will retain the documentary fee and the deputy service fee. Seller may also retain part or all of the inspection fee, insurance, service contracts, and other charges.

OPTION TO AVOID FINANCE CHARGES: If I pay the Amount Financed, Item 7, above, on or before N/A , I will not pay any finance charges.

Seller Signs: N/A

4851-9024-3073v24 – 11/24
Texas Scheduled Installment Earnings – Sales Tax Deferred #SIE-TD

Page 2 of 6

Customer Initials C G
Powered by DealerSocket

**THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM.**
**CONSULT YOUR OWN LEGAL COUNSEL.**

**PROPERTY INSURANCE: I must keep the collateral insured against damage or loss in the amount I owe. I must keep this insurance until I have paid all that I owe under this contract. I may obtain property insurance from anyone I want or provide proof of insurance I already have. The insurer must be authorized to do business in Texas.**

If any insurance is included below, policies or certificates from the insurance company will describe the terms, conditions and deductibles.

*A. Physical damage insurance.* If you obtain physical damage insurance, the coverages, terms and premiums for these terms are set forth below.

| Coverage | Term in Months | | Premium |
|---|---|---|---|
| Collision | N/A | ☐ $ | N/A |
| Comprehensive | N/A | ☐ $ | N/A |
| Fire, Theft, and Combined Additional Coverage | N/A | ☐ $ | N/A |
| Other    N/A | N/A | ☐ $ | N/A |

*B. Optional coverages with physical damage insurance.* If I have chosen this insurance, the premiums for the initial  N/A  month term are itemized below.

☐$   N/A  Towing/Labor Reimbursement          ☐$   N/A  Rental Reimbursement          ☐$  N/A
                                                                                                      Other: N/A

If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner. If the premium is for a required coverage, I have the option, for a period of 10 days from the date of the Contract, of furnishing that coverage through existing policies of insurance or by obtaining like coverage from any insurance company authorized to do business in Texas.

I want the insurance indicated above.

**Buyer Signs:**    X N/A    *[signature]*                                    Date:    11/25/2024

*Optional insurance coverage and debt cancellation.* Purchase of the insurance coverage and/or debt cancellation agreement described below is not required to obtain credit. It will not be provided unless I sign and agree to pay the extra cost. My decision to buy or not buy the insurance coverage or debt cancellation agreement will not be a factor in the credit approval process.

| Coverage | Term in Months | | | Premium |
|---|---|---|---|---|
| GAP Insurance* | N/A | ☐ | $ | N/A |
| Involuntary Unemployment | N/A | ☐ | $ | N/A |
| Debt Cancellation Agreement** | 54 | | $ | 695.00 |
| Liability | N/A | ☐ | $ | N/A |

Per Person    $   N/A   Per Accident   $   N/A   Property Damage   $   N/A

*If the motor vehicle is determined to be a total loss, GAP Insurance will pay you the difference between the proceeds of my basic collision policy and the amount I owe on the motor vehicle, minus my deductible. I can cancel that insurance without charge for 10 days from the date of the Contract.

**YOU WILL CANCEL CERTAIN AMOUNTS I OWE UNDER THIS CONTRACT IN THE CASE OF A TOTAL LOSS OR THEFT OF THE VEHICLE AS STATED IN THE DEBT CANCELLATION AGREEMENT. I can cancel the debt cancellation agreement without charge for a period of 30 days from the date of this contract, or for the period stated in the debt cancellation agreement, whichever period ends later.

If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner. A debt cancellation agreement is not insurance and is regulated by the Office of Consumer Credit Commissioner.

I want the insurance and/or debt cancellation agreement indicated above.

**Buyer Signs:**    X    *[signature]*                                    Date:    11/25/2024

*Optional credit life and credit disability insurance.* Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless I sign and agree to pay the extra cost. My decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

☐ Credit Life, one buyer          $          N/A   ☐ Credit Life, both buyers          $          N/A  Term   N/A

☐ Credit Disability, one buyer   $          N/A   ☐ Credit Disability, both buyers   $          N/A  Term   N/A

Credit Life Insurance is for the scheduled term of this contract. Credit Disability Insurance covers the first  N/A  payments and does not cover the last scheduled payment. Credit life insurance pays only the amount I would owe if I paid all my payments on time. Credit disability insurance does not cover any increase in my payment or in the number of payments. If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

I want the insurance indicated above.

**Buyer Signs:**      X N/A    *[signature]*                              Date    11/25/2024

**Co-Buyer Signs:**   X N/A                                                Date    11/25/2024

---

*In this box, the word "you" refers to the Buyer*

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation:**

**Guía para compradors de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

*DO NOT ACCEPT THIS CONTRACT WITHOUT THE ACCOMPANYING CERTIFICATE OF CONTROL*

## OTHER TERMS AND CONDITIONS

**HOW YOU FIGURE THE FINANCE CHARGE**: The contract rate is ____14.90 %. This contract rate may not be the same as the Annual Percentage Rate shown in the TILA Disclosures. You figured the Finance Charge by applying the scheduled installment earnings method as defined by the Texas Finance Code to the unpaid portion of the amount financed subject to a Finance Charge. You based the Finance Charge, Total of Payments, and Total Sale Price as if all payments were made as scheduled. The unpaid amount financed subject to a Finance Charge does not include the late charges, sales tax or returned check charges.

**LIABILITY INSURANCE**: UNLESS A CHARGE FOR LIABILITY INSURANCE IS INCLUDED IN THE ITEMIZATION OF AMOUNT FINANCED, LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.

**PROPERTY INSURANCE: I must keep the collateral insured against damage or loss in the amount I owe. In addition, I must maintain a Comprehensive deductible not more than $___1,000.00 and a Collision deductible amount not more than $___1,000.00. I must keep this insurance until I have paid all that I owe under this contract. I may obtain property insurance from anyone I want or provide proof of insurance I already have. The insurer must be authorized to do business in Texas.** I agree to give you proof of property insurance. I must name you as the person to be paid under the policy in the event of damage or loss.

**HOW YOU CALCULATE MY FINANCE CHARGE REFUND IF I PREPAY:** If I prepay in full, I may be entitled to a refund of part of the Finance Charge. You will figure the Finance Charge refund by the scheduled installment earnings method as defined by the Texas Finance Commission rule. You will figure my refund by deducting earned finance charges from the total Finance Charge. You will figure earned finance charges by applying a daily rate to the unpaid principal balance subject to a finance charge as if I paid all my payments on the date due. If I prepay between payment due dates, you will figure earned finance charges for the partial payment period. You do this by counting the number of days from the due date of the prior payment through the date I prepay. You then multiply that number of days times the daily rate. The daily rate is 1/365th (1/366th in a leap year) of the contract rate shown on the contract. You will also add the acquisition cost of $25 (or $150 for a heavy commercial vehicle) to the earned finance charge, so long as the total of the earned finance charge and the acquisition cost does not exceed the total Finance Charge disclosed in the contract. I will not get a refund if it is less than $1.00.

**INTEREST AFTER MATURITY:** If I don't pay all I owe when the final payment becomes due, or I do not pay all I owe if you demand payment in full under this contract, I will pay interest on the amount that is still unpaid. The interest rate will be the higher of 18% per year or the maximum rate allowed by law, if that rate is higher. The interest rate for this amount will begin the day after the final payment becomes due.

**SPECIAL PROVISIONS FOR BALLOON PAYMENTS CONTRACTS:** A balloon payment is a scheduled payment more than twice the amount of the average of my scheduled payments, other than the downpayment, that are due before the balloon payment.

I can pay all I owe when the balloon payment is due and keep my motor vehicle. If I buy the motor vehicle primarily for personal, family, or household use, I can enter into a new written agreement to refinance the balloon payment when due without a refinancing fee. If I refinance the balloon payment, my periodic payments will not be larger or more often than the payments in this contract. The annual percentage rate in the new agreement will not be more than the Annual Percentage Rate in this contract. This provision does not apply if my Payment Schedule has been adjusted to my seasonal or irregular income.

**AGREEMENT TO KEEP MOTOR VEHICLE INSURED:** I agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. The insurance must cover your interest in the vehicle. The insurer must be authorized to do business in Texas. The insurance must include collision coverage and either comprehensive or fire, theft, and combined additional coverage, with acceptable deductibles as set forth above.

**YOUR RIGHT TO BUY REQUIRED INSURANCE IF I FAIL TO KEEP THE MOTOR VEHICLE INSURED:** If I fail to give you proof that I have insurance, you may buy physical damage insurance. You may buy insurance that covers my interest and your interest in the motor vehicle, or you may buy insurance that covers your interest only. I will pay the premium for the insurance and a finance charge at the contract rate. If you obtain collateral protection insurance, you will mail notice to my last known address shown in your file.

**PHYSICAL DAMAGE INSURANCE PROCEEDS:** I must use physical damage insurance proceeds to repair the motor vehicle, unless you agree otherwise in writing. However, if the motor vehicle is a total loss, I must use the insurance proceeds to pay what I owe you. I agree that you can use any proceeds from insurance to repair the motor vehicle, or you may reduce what I owe under this contract. If you apply insurance proceeds to the amount I owe, they will be applied to my payments in the reverse order of when they are due. If my insurance on the motor vehicle or credit insurance doesn't pay all I owe, I must pay what is still owed. Once all amounts owed under this contract are paid, any remaining proceeds will be paid to me.

**RETURNED INSURANCE PREMIUMS AND SERVICE CONTRACT CHARGES:** If you get a refund of insurance or service contract charges, you will apply it and the unearned finance charges on it in the reverse order of the payments to as many of my payments as it will cover. Once all amounts owed under this contract are paid, any remaining refunds will be paid to me.

**APPLICATION OF CREDITS:** Any credit that reduces my debt will apply to my payments in the reverse order of when they are due, unless you decide to apply it to another part of my debt. The amount of the credit and all finance charge or interest on the credit will be applied to my payments in the reverse order of my payments.

**TRANSFER OF RIGHTS:** You may transfer this contract to another person. That person will then have all your rights, privileges, and remedies.

**SECURITY INTEREST:** To secure all I owe on this contract and all my promises in it, I give you a security interest in
- the motor vehicle including all accessories and parts now or later attached;
- all insurance proceeds and other proceeds received for the motor vehicle;
- any insurance policy, service contract or other contract financed by you and any proceeds of those contracts; and
- any refunds of charges included in this contract for insurance, or service contracts.

This security interest also secures any extension or modification of this contract. The certificate of title must show your security interest in the motor vehicle.

**USE AND TRANSFER OF THE MOTOR VEHICLE:** I will not sell or transfer the motor vehicle without your written permission. If I do sell or transfer the motor vehicle, this will not release me from my obligations under this contract, and you may charge me a transfer of equity fee of $25.00. I will promptly tell you in writing if I change my address or the address where I keep the motor vehicle. I will not remove the motor vehicle from Texas for more than 30 days unless I first get your written permission.

*(left margin, rotated text)* DO NOT ACCEPT THIS CONTRACT WITHOUT THE ACCOMPANYING CERTIFICATE OF CONTROL

**CARE OF THE MOTOR VEHICLE:** I agree to keep the motor vehicle free from all liens, and claims except those that secure this contract. I will timely pay all taxes, fines, or charges pertaining to the motor vehicle. I will keep the motor vehicle in good repair. I will not allow the motor vehicle to be seized or placed in jeopardy or use it illegally. I must pay all I owe even if the motor vehicle is lost, damaged or destroyed. If a third party takes a lien or claim against or possession of the motor vehicle, you may pay the third party any cost required to free the motor vehicle from all liens or claims. You may immediately demand that I pay you the amount paid to the third party for the motor vehicle. If I do not pay this amount, you may repossess the motor vehicle and add that amount to the amount I owe. If you do not repossess the motor vehicle, you may still demand that I pay you, but you cannot compute a finance charge on this amount.

**DEFAULT:** I will be in default if:
- I do not pay any amount when it is due;
- I break any of my promises in this agreement;
- I allow a judgment to be entered against me or the collateral; or
- I file bankruptcy, bankruptcy is filed against me, or the motor vehicle becomes involved in a bankruptcy.

If I default, you can exercise your rights under this contract and your other rights under the law.

**LATE CHARGE AND RETURNED CHECK CHARGE:** I will pay you a late charge on each late payment as shown in the TILA disclosures. If any payment I give you is returned unpaid for any reason, I agree to pay a returned check charge of $30.

**REPOSSESSION:** If I default, you may repossess the motor vehicle from me if you do so peacefully. If any personal items are in the motor vehicle, you can store them for me and give me written notice at my last address shown on your records within 15 days of discovering that you have my personal items. If I do not ask for these items back within 31 days from the day you mail or deliver the notice to me, you may dispose of them as applicable law allows. Any accessory, equipment, or replacement part stays with the motor vehicle.

**MY RIGHT TO REDEEM:** If you take my motor vehicle, you will tell me how much I have to pay to get it back. If I do not pay you to get the motor vehicle back, you can sell it or take other action allowed by law. My right to redeem ends when the motor vehicle is sold or you have entered into a contract for sale or accepted the collateral as full or partial satisfaction of a contract.

**DISPOSITION OF THE MOTOR VEHICLE:** If I don't pay you to get the motor vehicle back, you can sell it or take other action allowed by law. If you sell the motor vehicle in a public or private sale, you will send me notice at least 10 days before you sell it. You can use the money you get from selling it to pay allowed expenses and to reduce the amount I owe. Allowed expenses are expenses you pay as a direct result of taking the motor vehicle, holding it, preparing it for sale, and selling it. If any money is left, you will pay it to me unless you must pay it to someone else. If the money from the sale is not enough to pay all I owe, I must pay the rest of what I owe you plus interest. If you take or sell the motor vehicle, I will give you the certificate of title and any other document required by state law to record transfer of title.

**COLLECTION COSTS:** If you hire an attorney who is not your employee to enforce this contract, I will pay reasonable attorney's fees and court costs as the applicable law allows.

**CANCELLATION OF OPTIONAL INSURANCE AND SERVICE CONTRACTS:** This contract may contain charges for insurance or service contracts or for services included in the cash price. If I default, I agree that you can claim benefits under these contracts to the extent allowable, and terminate them to obtain refunds of unearned charges to reduce what I owe or repair the motor vehicle.

**YOUR RIGHT TO DEMAND PAYMENT IN FULL:** If I default, or you believe in good faith that I am not going to keep any of my promises, you can demand that I immediately pay all that I owe. You don't have to give me notice that you are demanding or intend to demand immediate payment of all that I owe.

**IF YOU DEMAND I PAY ALL I OWE:** If you demand that I pay you all that I owe, you will give me a credit of part of the Finance Charge as if I had prepaid in full.

**INTEGRATION AND SEVERABILITY CLAUSE:** This contract and the related documents that I sign contemporaneously with this contract contain the entire agreement between you and me relating to the sale and financing of the motor vehicle. If any part of this contract is not valid, all other parts stay valid.

**LEGAL LIMITATIONS ON YOUR RIGHTS:** If you don't enforce your rights every time, you can still enforce them later. You will exercise all of your rights in a lawful way. I don't have to pay finance charge or other amounts that are more than the law allows. This provision prevails over all other parts of this contract and over all your other acts.

**CO-SIGNER OBLIGATIONS:** Any co-signer who signs this contract agrees to pay any amounts due under the contract if the buyer(s) does not pay such amounts. You do not have to exhaust your legal remedies against any buyer before seeking payment from the co-signer.

**APPLICABLE LAW:** Federal and Texas law apply to this contract.

**STARTER INTERRUPT/GPS TRACKING:** ☒ If the box is checked, my motor vehicle is equipped with a starter interrupt GPS tracking device ("Device"). By signing this contract, I agree that you may install the "Device" in my motor vehicle. I understand and agree that you may use this Device to locate my motor vehicle in the event that I do not make my payments on the dates they are due as shown in the TILA Disclosures. I understand and agree that you will disable the motor vehicle in the event that I do not make my payments on the dates they are due as shown in the TILA Disclosures, subject to any rights that I may have to cure my default. I agree that I will not tamper with, disable or attempt to disable the Device. The Device is and remains your property. I agree to return the motor vehicle to you after I have made all payments due under this contract so that you can remove the Device at no cost to me. Additional terms and disclosures regarding the installation and use of the Device are provided to me separately.

☒ If the box is checked, my motor vehicle is equipped with a GPS tracking device ("GPS Device"). By signing this contract, I agree that you may install the GPS Device in my motor vehicle. I understand and agree that you may use this GPS Device to locate my motor vehicle in the event that I do not make my payments on the dates they are due as shown in the TILA Disclosures. I agree that I will not tamper with, disable or attempt to disable the GPS Device. The GPS Device is and remains your property. I agree to return the motor vehicle to you after I have made all payments due under this contract so that you can remove the GPS Device at no cost to me. Additional terms and disclosures regarding the installation and use of the GPS Device are provided to me separately.

**SERVICING AND COLLECTION CONTACT:** You may try to contact me at any mailing address, e-mail address, or phone number I give you, as the law allows. You may try to contact me in writing (including mail, e-mail, and text messages) and by phone (including prerecorded or artificial voice messages and automatic telephone dialing systems).

**SELLER'S DISCLAIMER OF WARRANTIES: Unless the seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the seller makes no warranties, express or implied, on the motor vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. This provision does not affect any warranties covering the motor vehicle that the motor vehicle manufacturer may provide.**

4851-9024-3073v24 – 11/24                        Page 5 of 6                        Customer Initials _____

Texas Scheduled Installment Earnings – Sales Tax Deferred #SIE-TD                        Powered by DealerSocket

**THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM.
CONSULT YOUR OWN LEGAL COUNSEL.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.** (This provision applies to this contract only if the motor vehicle financed in the contract was purchased primarily for personal, family, or household use.)

*(For purposes of the following Notice, the word "we" refers to the Seller and "your" refers to the Buyer)*
**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

*OCCC NOTICE. For questions or complaints about this contract, contact* Owings Auto Center, LLC *at* (817)548-9955 *. The Office of Consumer Credit Commissioner (OCCC) is a state agency, and it enforces certain laws that apply to this contract. If a complaint or question cannot be resolved by contacting the creditor, consumers can contact the OCCC to file a complaint or ask a general credit-related question. OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.*

Any change to this contract must be in writing. Both you and I must sign it. No oral changes to this contract are enforceable.

_____          N/A _____
Buyer Signs                                            Co-Buyer Signs

☒ **Electronic Signatures & Consent.** I agree to use electronic records and electronic signatures to document this contract. My electronic signatures on electronic records will have the same effect as signatures on paper documents. You may designate one authoritative copy of this contract. If you do, the authoritative copy will be the electronic copy in a document management system you designate for storing authoritative copies. You may convert the authoritative copy to a paper original. You will do so by printing one paper copy marked "Original." This paper original will have my electronic signature on it. It will have the same effect as if I had signed it originally on paper. If I agree to use electronic records and electronic signatures, you will comply with all applicable federal, state and local law and regulations. UPON ENTERING INTO THIS CONTRACT, I WILL RECEIVE A PAPER COPY OF THE ORIGINAL CONTRACT ELECTRONICALLY SIGNED AND COMPLETE WITH ALL TERMS, CONDITIONS AND DISCLOSURES TO TAKE WITH ME.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**CONSUMER WARNING - Notice to the buyer - I will not sign this contract before I read it or if it contains any blank spaces. I am entitled to a copy of the contract I sign. Under the law, I have the right to pay off in advance all that I owe and under certain conditions may obtain a partial refund of the finance charge. I will keep this contract to protect my legal rights.**

**BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT:** I AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. I CONFIRM THAT BEFORE I SIGNED THIS CONTRACT, YOU GAVE IT TO ME, AND I WAS FREE TO TAKE IT AND REVIEW IT.

X_____   11/25/2024          X N/A_____   11/25/2024
Buyer Signs                          Date                  Co-Buyer Signs                     Date

X N/A _____   11/25/2024          X N/A_____   11/25/2024
Co-Buyer Signs                     Date                  Co-Signer Signs                    Date

Owings Auto Center, LLC     11/25/2024          X_____
Seller Signs                       Date                  By:

THIS CONTRACT IS NOT VALID UNTIL YOU AND I SIGN IT.

☒ If checked, you acknowledge that you and I have signed a separate arbitration agreement. That agreement is attached and the terms are incorporated into the terms of this contract.

Negotiation and Assignment: For value received the undersigned Seller does hereby sell, assign and transfer to
N/A _____ subject to the terms and conditions of the separate agreement between the Parties.

Assignment is made:     ☐ With Recourse          ☐ Without Recourse          ☐ With Limited Recourse

                                                                                                       11/25/2024
_____   _____          _____   _____
Seller                             By                  Title                        Date

**THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.**

DO NOT ACCEPT THIS CONTRACT WITHOUT THE ACCOMPANYING CERTIFICATE OF CONTROL

## CERTIFICATE OF CONTROL
### DOCUMENT EVENTS LOG

COPY

## DOCUMENT INFORMATION

DOCUMENT NAME: 94143f57-e292-4942-b4b2-07ffa33a0ff6.pdf

NUMBER OF PAGES: 6

BUYER NAME: CHARON GREGORY

DEALER REPRESENTATIVE: Bryce Fearing

## SIGNATURE CONSENT AND CAPTURE EVENTS

CHARON GREGORY Provided ESIGN Consent on 25-Nov-2024 at 8:25:34 AM (PST) (Buyer)

CHARON GREGORY Submitted Buyer Signature on 25-Nov-2024 at 8:26:00 AM (PST)

CHARON GREGORY Submitted Buyer Initials on 25-Nov-2024 at 8:26:05 AM (PST)

Bryce Fearing Submitted Dealer Signature on 25-Nov-2024 at 8:26:15 AM (PST)

Bryce Fearing Submitted Dealer Initials on 25-Nov-2024 at 8:26:20 AM (PST)

## SIGNATURE APPLICATION EVENTS

CHARON GREGORY Applied Buyer Initials on page 1 on 25-Nov-2024 at 8:43:22 AM (PST)

CHARON GREGORY Applied Buyer Initials on page 2 on 25-Nov-2024 at 8:44:04 AM (PST)

CHARON GREGORY Applied Buyer Initials on page 3 on 25-Nov-2024 at 8:46:22 AM (PST)

CHARON GREGORY Applied Buyer Signature on page 3 on 25-Nov-2024 at 8:46:27 AM (PST)

CHARON GREGORY Applied Buyer Initials on page 4 on 25-Nov-2024 at 8:47:08 AM (PST)

CHARON GREGORY Applied Buyer Initials on page 5 on 25-Nov-2024 at 8:50:00 AM (PST)

CHARON GREGORY Applied Buyer Initials on page 6 on 25-Nov-2024 at 8:51:49 AM (PST)

CHARON GREGORY Applied Buyer Signature on page 6 on 25-Nov-2024 at 8:51:56 AM (PST)