UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Charon Gregory,<br><br>Debtor.<br><br><br>Owings Auto Center, LLC,<br>Movant,<br><br>Vs.<br><br>Charon Gregory,<br>Respondent. | Case No. 26-42475-mxm<br><br>Chapter 7<br><br><br><br><br>Preliminary Hearing Date:<br>*Wednesday, July 1, 2026, at 9:30a.m.* |

### DEFAULT ORDER TERMINATING THE AUTOMATIC STAY

On this day came on to be considered the Motion for Relief from the Automatic Stay ("Motion") filed by Owings Auto Center, LLC ("Owings"). The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language. The Court finding, based on the

representations of counsel for Movant and the Debtor's failure to file a timely response, that there was cause to GRANT the Motion, it is therefore:

**ORDERED** that the Motion is **GRANTED** and the automatic stay is terminated, so that Owings, or its successors or assigns, may pursue state law enforcement rights against the property, a 2023 Nissan Altima, as permitted under applicable state law, and if applicable, may file an unsecured claim for any remaining deficiency balance.

**IT IS FURTHER ORDERED** that the fourteen (14) day stay period imposed by Fed. R. Bankr. P. 4001(a)(3) shall not apply to this Order.

**IT IS FURTHER ORDERED** that Movant may send direct to Debtor all communications including but not limited to, notices required by state law in connection with proceeding against the Collateral, a 2023 Nissan Altima.

# # # END OF ORDER # # #

Prepared By:

Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Owings Auto Center, LLC