Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Owings Auto Center, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Charon Gregory,<br><br>Debtor.<br><br>Owings Auto Center, LLC,<br>Movant,<br><br>Vs.<br><br>Charon Gregory,<br>Respondent. | Case No. 26-42475-mxm<br><br>Chapter 7<br><br><br><br><br>Preliminary Hearing Date:<br>*Wednesday, July 1, 2026, at 9:30a.m.* |

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that the preliminary hearing on Owings Auto Center, LLC's

*Motion for Relief From Automatic Stay* (Dkt. No. 16, the "Motion") has been set for **Wednesday,**

**July 1, 2026, at 9:30a.m.** before the Honorable Mark X. Mullin via WebEx video conference at

the following link:

> **For WebEx Video Participation/Attendance:**
>
> Link: https://us-courts.webex.com/meet/mullin
>
> **For WebEx Telephonic Only Participation/Attendance:**
>
> Dial-In: 1.650.479.3207        Meeting ID: 2310-650-8783
>
> WebEx Hearing Instructions may be obtained at the following address:
>
> https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

DATED:   June 12, 2026.

Respectfully submitted,

*/s/ Clayton L. Everett*
Clayton L. Everett
Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Attorney for Owings Auto Center, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true and correct copy of the above notice shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor(s)*:
Claire Kimutis
McCarty-Larson, PLLC
300 North 8th Street, Suite 200
Midlothian, TX 76065
(972) 775-2100
clair@bankruptcytexas.com

*Via US Mail to Debtor(s)*:
Charon Gregory
3405 Heritage Lane
Forest Hill, TX 76140-2561

*Via CM/ECF to Chapter 7 Trustee:*
Shawn K. Brown
P.O. Box 93749
Southlake, TX 76092

*Via CM/ECF to US Trustee*:
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

*/s/ Clayton L. Everett*