United States Bankruptcy Court

Northern District of Texas

In re:                                                                                          Case No. 26-42475-mxm

Charon Gregory                                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Charon Gregory, 3405 Heritage Ln, Forest Hill, TX 76140-2561 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Claire Kimutis | on behalf of Debtor Charon Gregory claire@bankruptcytexas.com |
| Clayton Everett | on behalf of Creditor Owings Auto Center  LLC clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Shawn K. Brown | trustee@browntrustee.com  skb@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 1, 2026**

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Charon Gregory,<br><br>Debtor.<br><br><br>Owings Auto Center, LLC,<br>Movant,<br><br>Vs.<br><br>Charon Gregory,<br>Respondent. | Case No. 26-42475-mxm<br><br>Chapter 7<br><br><br><br>Preliminary Hearing Date:<br>*Wednesday, July 1, 2026, at 9:30a.m.* |

## DEFAULT ORDER TERMINATING THE AUTOMATIC STAY

On this day came on to be considered the Motion for Relief from the Automatic Stay ("Motion") filed by Owings Auto Center, LLC ("Owings"). The Court finds that the Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language. The Court finding, based on the

representations of counsel for Movant and the Debtor's failure to file a timely response, that there was cause to GRANT the Motion, it is therefore:

**ORDERED** that the Motion is **GRANTED** and the automatic stay is terminated, so that Owings, or its successors or assigns, may pursue state law enforcement rights against the property, a 2023 Nissan Altima, as permitted under applicable state law, and if applicable, may file an unsecured claim for any remaining deficiency balance.

**IT IS FURTHER ORDERED** that the fourteen (14) day stay period imposed by Fed. R. Bankr. P. 4001(a)(3) shall not apply to this Order.

**IT IS FURTHER ORDERED** that Movant may send direct to Debtor all communications including but not limited to, notices required by state law in connection with proceeding against the Collateral, a 2023 Nissan Altima.

# # # END OF ORDER # # #

Prepared By:

Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Owings Auto Center, LLC