United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-42475-mxm
Charon Gregory Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Sep 11, 2026 Form ID: 318 Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charon Gregory, 3405 Heritage Ln, Forest Hill, TX 76140-2561 |
| 23381421 | | Aurora Medical, Po Box 809418, Chicago, IL 60680-9418 |
| 23381422 | | Brigthway/OneMain, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 23381427 | + | Crossroads at Arlington, 903 W Road to Six Flags St, Arlington, TX 76012-2533 |
| 23381429 | | Direct Energy, LP, Po Box 3767, Houston, TX 77253-3767 |
| 23381436 | | Instate Lending, Po Box 29, Weatherford, OK 73096-0029 |
| 23381446 | | Owings Auto Centers, 519 E Division St, Arlington, TX 76011-7211 |
| 23381448 | | Rent App, 1688 Meridian Ave Ste 520, Miami Beach, FL 33139-2700 |
| 23381452 | | Star Loan, 1050 Edgebrook Dr Ste 1, Houston, TX 77034-1800 |
| 23381457 | | Three Sticks Loan, 27565 Research Park Dr Ste 2, Mission, SD 57555-5948 |
| 23381459 | | Vail Cliffside Apartments, 1635 Jefferson Cliffs Way, Arlington, TX 76006-4210 |
| 23381461 | | Visible Ideas, Inc., 308 Grand Ave., Miami Beach, FL 33133 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23381420 | | EDI: ATTWIREBK.COM | Sep 12 2026 02:20:00 | AT&T Bankruptcy Center, 2270 Lakeside Blvd Fl 7, Richardson, TX 75082-4304 |
| 23381417 | | EDI: ACECASHXPRESS.COM | Sep 12 2026 02:20:00 | Ace Cash Express, 1231 Greenway Dr Ste 600, Irving, TX 75038-2511 |
| 23381418 | ^ | MEBN | Sep 11 2026 22:33:34 | Afterpay US, Inc., 1955 Broadway # 204, Oakland, CA 94612-2205 |
| 23381419 | | EDI: PHINAMERI.COM | Sep 12 2026 02:20:00 | Americredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 23381423 | | EDI: CAPITALONE.COM | Sep 12 2026 02:20:00 | Capital One, Po Box 31293, Salt Lake Cty, UT 84131-0293 |
| 23381424 | | Email/Text: bkinfo@ccfi.com | Sep 11 2026 22:39:00 | Cash Central, 2312 E Trinity Mills Rd Ste 100, Carrollton, TX 75006-1955 |
| 23381425 | | Email/Text: omx-bnc-bk-notices@chime.com | Sep 11 2026 22:38:00 | Chime/The Bancorp Bank, Po Box 417, San Francisco, CA 94104-0417 |
| 23381426 | | Email/Text: collectionadmin@genesiscred.com | Sep 11 2026 22:37:00 | Columbia Debt Recovery LLC, dba Genesis, 906 Se Everett Mall Way # 301, Everett, WA 98208-3744 |
| 23381428 | | EDI: MAXMSAIDV | Sep 12 2026 02:20:00 | Department of Education/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 23381430 | | Email/Text: membersolutionsbky@ecu.com | Sep 11 2026 22:37:00 | Educators Credit Union, 1400 Newman Rd, Mount Pleasant, WI 53406-2805 |
| 23381432 | | Email/Text: support@paywithfour.com | Sep 11 2026 22:38:00 | Four Technologies Inc., 20807 Biscayne Blvd Ste 102, Miami, FL 33180-1409 |

| | | | | |
|---|---|---|---|---|
| 23381431 | | Email/Text: bankruptcy@getflex.com | Sep 11 2026 22:38:00 | Flexible Finance, Inc., 228 Park Ave S, New York, NY 10003-0103 |
| 23381433 | | Email/Text: clientservices@gtmcorporation.com | Sep 11 2026 22:38:00 | Global Trust Management LLC, Po Box 26244, Tampa, FL 33623-6244 |
| 23381434 | | Email/Text: BankruptcyMail@gtfcu.org | Sep 11 2026 22:38:00 | Greater Texas Credit Union, 12544 Riata Vista Cir., Austin, TX 78727 |
| 23381435 | | Email/Text: reports@halstedfinancial.com | Sep 11 2026 22:38:00 | Halstead Financial, Po Box 828, Skokie, IL 60076-0828 |
| 23381437 | ^ | MEBN | Sep 11 2026 22:33:17 | January, 176 Grand St Fl 4, New York, NY 10013-3786 |
| 23381438 | | Email/Text: bankruptcydocs@justenergy.com | Sep 11 2026 22:39:00 | Just Energy, PO Box 460008, Houston, TX 77056-8008 |
| 23381439 | | Email/Text: bankruptcy@kikoff.com | Sep 11 2026 22:38:00 | Kikoff Lending, LLC, Po Box 40070, Reno, NV 89504-4070 |
| 23381440 | | Email/Text: inchargehq@westcreekfin.com | Sep 11 2026 22:39:00 | Kolafi, Po Box 5518, Glen Allen, VA 23058-5518 |
| 23381441 | | Email/Text: govtaudits@labcorp.com | Sep 11 2026 22:38:00 | Labcorp, Po Box 2240, Burlington, NC 27216-2240 |
| 23381442 | | Email/Text: bankruptcy@moneykey.com | Sep 11 2026 22:38:00 | MoneyKey, 1000 N West St Ste 1200, Wilmington, DE 19801-1058 |
| 23381443 | + | EDI: NFCU.COM | Sep 12 2026 02:21:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 23381444 | | EDI: NTXTOLWAY | Sep 12 2026 02:21:00 | North Texas Tollway, Po Box 660244, Dallas, TX 75266-0244 |
| 23381445 | + | EDI: AGFINANCE.COM | Sep 12 2026 02:20:00 | OneMain, Po Box 981037, Boston, MA 02298-1037 |
| 23381447 | | Email/Text: bkynotices@reliant-cap.com | Sep 11 2026 22:39:00 | Reliant Capital Solutions, LLC, Po Box 30469, Columbus, OH 43230-0469 |
| 23381449 | ^ | MEBN | Sep 11 2026 22:38:49 | Rent Debt Automated Collection LLC, Po Box 1367, Goodlettsville, TN 37070-1367 |
| 23381450 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 22:40:23 | Resurgent/LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 23381453 | | Email/Text: bankruptcies@starmarkfin.com | Sep 11 2026 22:38:00 | Starmark Financial, LLC, 800 Fairway Dr Ste 190, Deerfield Bch, FL 33441-1830 |
| 23381451 | | Email/Text: bkinfo@ccfi.com | Sep 11 2026 22:38:00 | Speedy Cash, 2312 E Trinity Mills Rd, Carrollton, TX 75006-1953 |
| 23381454 | | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 11 2026 22:38:00 | Sunrise Credit Services, 8 Corporate Center Dr Ste 300, Melville, NY 11747-3193 |
| 23381455 | | Email/Text: txtcoll@texastrustcu.org | Sep 11 2026 22:39:00 | Texas Trust Credit Union, Po Box 532029, Grand Prairie, TX 75053-2029 |
| 23381456 | | Email/Text: banko@hestark.com | Sep 11 2026 22:39:00 | The Stark Collection Agency Inc., Po Box 45710, Madison, WI 53744-5710 |
| 23381458 | | Email/Text: bankruptcydepartment@tsico.com | Sep 11 2026 22:39:00 | Transworld System Inc., 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 23381460 | ^ | MEBN | Sep 11 2026 22:35:19 | Valor Intelligent Processing LLC, Po Box 207899, Dallas, TX 75320-7899 |
| 23381462 | + | EDI: NTXTOLWAY | Sep 12 2026 02:21:00 | ZipCash, Po Box 260928, Plano, TX 75026-0928 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Claire Kimutis | on behalf of Debtor Charon Gregory claire@bankruptcytexas.com |
| Clayton Everett | on behalf of Creditor Owings Auto Center LLC clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Shawn K. Brown | trustee@browntrustee.com skb@trustesolutions.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Charon Gregory<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0321 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–42475–mxm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charon Gregory

9/10/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**